48 S. E. 318); and (2) that the petition as amended set out a cause of action, and the demurrers thereto were properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

---

10624. ATLANTIC PAPER & PULP CORPORATION *v.* JOHNSON.

BLOODWORTH, J.   This is a companion case to that of *Atlantic Paper & Pulp Corporation* v. *Bowen*, ante, and is controlled by the opinion renrendered in that case.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 10, 1919.   REHEARING DENIED JANUARY 28, 1920.

Action for damages; from Chatham superior court—Judge Meldrim.   April 2, 1919.

*Travis & Travis, Hitch & Denmark,* for plaintiff in error.

*Oliver & Oliver,* contra.

---

10625. ATLANTIC PAPER & PULP CORPORATION *v.* OWENS.

BLOODWORTH, J.   This is a companion case to that of *Atlantic Paper & Pulp Corporation* v. *Bowen*, ante, 569 and is controlled by the opinion in that case.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 10, 1919.   REHEARING DENIED JANUARY 28, 1920.

Action for damages; from Chatham superior court—Judge Meldrim.   April 2, 1919.

*Travis & Travis, Hitch & Denmark,* for plaintiff in error.

*Oliver & Oliver,* contra.

---

10646.   NISBET *v.* VANDIVER.

1. The motion to dismiss the writ of error is overruled.
2. Where the instructions to the jury cover substantially all the issues in the case, in the absence of a proper and timely written request, a party will not be heard to complain that his contentions were not more specifically given to the jury.
3. "Newly discovered evidence which is merely cumulative, or which tends to impeach a witness, is not cause for a new trial."